

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 1:10cr12 |
| | ) |
| VANESSA MITCHELL | ) |

## ORDER

By Order dated April 14, 2011, defendant's *ex parte* communication requesting that the remainder of her 27-month custody sentence be reduced to a term of home confinement was denied. *See United States v. Mitchell*, 1:10cr12 (E.D. Va. Apr. 14, 2011) (Order). Defendant filed a timely notice of appeal to the Court of Appeals for the Fourth Circuit, and her appeal remains pending. By Order dated May 23, 2011, defendant was granted leave to proceed on appeal *in forma pauperis*. *See United States v. Mitchell*, 1:10cr12 (E.D. Va. May 23, 2011) (Order). Now before the Court are two motions filed by the *pro se* defendant, namely (i) a motion for reconsideration of the April 14, 2011 Order, and (ii) a motion for transcripts at government expense.

Because the matter is currently on appeal, and because there is no good cause for reconsideration of the April 14, 2011 Order,

It is hereby **ORDERED** that defendant's motion for reconsideration is **DENIED**.

It is further **ORDERED** that defendant's motion for transcripts at government expense is **GRANTED** insofar as the Court Reporter is **DIRECTED** promptly to prepare and file with the Clerk's Office the transcript of defendant's December 3, 2010 sentencing hearing.

It is further **ORDERED** that immediately following preparation and filing of the sentencing transcript, the Clerk's Office is **DIRECTED** to send defendant a copy of the transcript, free of charge.

Should defendant wish to appeal this Order, she must do so by filing a written notice of appeal within 14 days after the entry of this Order, pursuant to Rules 3 and 4, Fed. R. App. P.

The Clerk is directed to send a copy of this Order to defendant and all counsel of record.

Alexandria, VA
June 3, 2011

/s/
T. S. Ellis, III
United States District Judge